# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| CEI BUILDERS TN, LLC | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | REMOVED FROM: |
| | ) | |
| BF 3 RIVERS JD SPV, LLC and | ) | |
| LYNCHBURG RENEWABLE FUELS, | ) | CHANCERY COURT OF MOORE |
| LLC, | ) | COUNTY, TENNESSEE |
| | ) | CASE NO. 3247 |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Lynchburg Renewable Fuels, LLC ("LRF") files this Notice of Removal of this action from the Chancery Court of Moore County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Winchester Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, stating as follows:

### Introduction

1. Plaintiff CEI Builders TN, LLC ("Plaintiff" or "CEI") commenced this action on January 22, 2025 by filing a Complaint in the Chancery Court of Moore County, Tennessee, Case Number 3247. A true and correct copy of all pleadings, process, and orders received by the Plaintiff are attached as **Exhibit A**.

2. This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1332. Jurisdiction exists under 28 U.S.C. § 1332 because complete diversity

exists between Plaintiff and Defendants, and the amount in controversy is at least $75,000, exclusive of interest and costs.

**Procedural Requirements**

3. Defendants have not been properly served in this case. As such, this Notice of Removal is timely filed under 28 U.S.C. § 1446.

4. No prior application has been made for the relief requested herein.

5. The United States District Court for the Eastern District of Tennessee, Winchester Division, is the district and division embracing the place where this action is pending in state court. 28 U.S.C. § 1441(a).

6. Contemporaneous with the filing of this Notice of Removal, Defendants will file a copy of same with the Clerk of the Chancery Court of Moore County, Tennessee, in accordance with 28 U.S.C. § 1446(d). Written notice of the filing of this Notice of Removal has also been served upon Plaintiff.

7. All prerequisites for removal, as set forth in 28 U.S.C. § 1441 have been met.

**Argument and Citation to Legal Authority**

**I. Diversity Jurisdiction Exists Over This Action.**

8. This action is removable because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.

9. Specifically, the Court has original jurisdiction over this case under 28 U.S.C. § 1332(a), as amended, which provides, in pertinent part, that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between . . . (1) citizens of different States." 28 U.S.C. § 1332(a)(1).

**A. Diversity of Citizenship.**

10. CEI is a Nevada limited liability company with its principal place of business located in Las Vegas, Nevada. CEI 's sole member is CEI Builders, LLC. CEI Builders, LLC is a Nevada limited liability company with its principal place of business located in Las Vegas, Nevada. The sole members of CEI Builders, LLC are Christopher G. Wardwell and Eric S. Smith, both of whom are adult citizens and residents of the state of Nevada.

11. Defendant LRF is a Delaware limited liability company with its principal place of business in Constantine, Michigan. Its sole member is Lynchburg Renewable Fuels Holdings, LLC ("LRF Holdings"). The members of LRF Holdings are 3Rivers Energy Partners L. L.C. ("3Rivers") and TC Energy RNG, LLC ("TC Energy"). TC Energy's sole members is TC Entergy Development Holdings, Inc, a Delaware corporation with principal offices located in Calgary, Alberta.

12. 3Rivers is a Delaware limited liability company whose sole member is 3Rivers Energy Partners Holdings, LLC ("3Rivers Holdings"). 3Rivers Holdings is a Delaware limited liability company whose members are John Rivers, David Johnson and HOOPP RNG, Inc. HOOP RNG Inc. is a corporation organized under the laws of Ontario, Canada, with principal offices located in Ontario, Canada. John Rivers is an adult citizen domiciled in the state of Michigan. David Johnson is an adult citizen domiciled in the state of North Dakota. LRF is not a citizen and resident of the State of Nevada.

13. Defendant BF 3 RIVERS JD SPV, LLC is a Wisconsin limited liability company with its principal place of busienss in Madison, Wisconsin. Its sole members is BIOFerm Energy Systems, LLC ("BIOFerm"). BIOFerm iss a Wisconsin limited liability company whose members are Nadeem Afghan and Arosa Capital Management ("Arosa"). Nadeem Afghan is an adult citizen

domiciled in the state of Wisconsin. Arosa is a limited partnership. Its general partner is Arosa Capital Movement, LLC. None of Arosa's general or limited partners are citizens of Nevada.

14. As a result, complete diversity of citizenship exists between Plaintiff and Defendants.

15. All defendants who have been properly joined and served have consented to removal. The docket for this matter in the Chancery Court for Moore County, Tennessee, reflects that defendants BF3 and LRF have not been served.

**B. Amount in Controversy**.

16. The amount in controversy exceeds the $75,000.00 jurisdictional threshold, exclusive of interest and costs.

## Adoption and Reservation of Defenses

17. Nothing in this Notice of Removal shall be interpreted as substantially invoking the litigation process or as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrary of some or all of the claims; (8) failure to join indispensable parties; (9) failure to meet minimum pleading requirements under Fed. R. Civ. P. 8; or (10) any other pertinent defense available under any applicable rules or statutes.

18. Defendant reserves the right to supplement this Notice of Removal as may be necessary or appropriate.

## Conclusion

WHEREFORE, defendants pray that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Chancery Court of Moore County,

Tennessee, to the United States District Court for the Eastern District of Tennessee, Winchester Division.

Respectfully submitted this 3rd the day of February, 2025.

*/s/ Garry K. Grooms*
Garry K. Grooms (TN BPR No. 12647)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
(T) 615-724-3229
(F) 615-724-3329
ggrooms@burr.com

*Attorneys for Defendant Lynchburg Renewable Fuels, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2025, a copy of the foregoing **NOTICE OF REMOVAL** has been filed through the court's electronic filing system. A true and correct copy of the foregoing has been served via First Class, U.S. Mail, postage prepaid and/or email on the following:

David K. Taylor (TN BPR No. 11154)
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
dtaylor@bradley.com
*Attorney for Plaintiff CEI Builders TN, LLC*

BF 3 Rivers JD SPV, LLC
c/o Registered Agents, Inc.
116 Agnes Road, Suite 200
Knoxville, TN 37919

*/s/ Garry K. Grooms*
Garry K. Grooms